# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SLEP-TONE ENTERTAINMENT**
**CORPORATION,**

    **Plaintiff,**

v.                                                     Case No.  8:12-cv-1445-T-30EAJ

**JEANNE NEWTON,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike Affirmative Defenses (Dkt. 7)[1] and Defendant's Response (Dkt. 8).  The Court, having reviewed the motion, response, and being otherwise advised of the premises, concludes that the motion should be granted in part and denied in part.

Defendant consents to Plaintiff's motion, with respect to the second, fifth, seventh, ninth, and sixteenth affirmative defenses.

Plaintiff's Motion is denied with respect to the remaining affirmative defenses.[2] Plaintiff may argue the merits of these defenses at the summary judgment stage.

---

[1] Plaintiff failed to comply with Local Rule 3.01(g), which requires that before filing a motion, like the instant motion, counsel shall confer with opposing counsel in a good faith effort to resolve the issue, and include a certification to that extent in the motion.  Plaintiff's counsel shall familiarize himself with this Court's Local Rules.

[2] The purported "affirmative defenses" are mostly denials to Plaintiff's claims and, as such, are not required to be asserted in the answer.  Thus, whether they are pled with sufficient particularity is irrelevant; they will be treated as asserting a specific denial.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Strike Affirmative Defenses (Dkt. 7) is granted in part and denied in part as stated herein.

2. Defendant's second, fifth, seventh, ninth, and sixteenth affirmative defenses are hereby stricken.

**DONE** and **ORDERED** in Tampa, Florida on August 9, 2012.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1445.mtstrike6.frm