**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                                   Case No: 8:12-cv-1445-T-30EAJ

JEANNE NEWTON,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Defendant's Motion to Consolidate (Dkt. #36) and Plaintiff's Response in Opposition to Defendant Jeanne Newton's Motion to Consolidate (Dkt. #37). Defendant is defending this action *pro se*. Nonetheless, she must comply with the relevant law and the Federal Rules of Civil Procedure. *Moon v. Newsome*, 863 F.2d 835 (11th Cir. 1989). Defendant seeks to consolidate this underlying action with the litigation by Slep-Tone Inc. against Pete's Place, Inc. on the basis that they "are being sued for the same karaoke show."

Defendant's Motion is untimely; the Case Management Order set the joinder cut-off date as February 4, 2013. Defendant has not shown good cause why the Court should extend the deadline. Further, although the Defendant references Federal Rule of Civil Procedure 19 as a basis for the consolidation, the Motion does not identify sufficient factual allegations to support consolidation under this rule or any other basis. Further, the

Motion does not contain a memorandum of legal authority as required by Local Rule 3.01(a).

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Consolidate (Dkt. #36) is denied without prejudice to file an amended motion demonstrating good cause for extending the joinder cut-off deadline, stating sufficient facts to support consolidation, and including a memorandum of law support of the motion.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1445- consolidate 36.docx