**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                          Case No: 8:12-cv-1445-T-30EAJ

JEANNE NEWTON, *pro se,*

    Defendant.

_____

## **ORDER**

THIS CAUSE comes before the Court upon the Defendant's Amended Motion to Consolidate (Dkt. #46) and Plaintiff's Response (Dkt. #47) filed in opposition thereto. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    Defendant's Amended Motion to Consolidate (Dkt. #46) is GRANTED.

2.    The Clerk is directed to consolidate case number 8:12-cv-1883-T-30AEP into the above-referenced case.

3.    The Clerk is directed to assign Magistrate Judge Anthony Porcelli to the above-referenced case for all further proceedings.

4.    The mediation scheduled on December 13, 2013, shall take place before mediator Roger Benson as per Dkt. #45. The Parties may file a Motion to continue the

mediation for the Court's consideration if all of the parties are unable to attend the mediation as scheduled.

5. The hearing on Plaintiff's Motion to Compel Proper Responses and Responsive Documents to Production of Documents (Dkt. #57) scheduled before Magistrate Judge Anthony Porcelli on Wednesday, December 4, 2013, at 10:00 a.m. in Courtroom #10A shall remain on the Court's calendar unless otherwise directed by Judge Porcelli.

6. The Clerk is directed to administratively close case number 8:12-cv-1883-T-30AEP. The Clerk shall keep the pending motions filed at Dkts. #57 and #59 in case number 8:12-cv-1883-T-30AEP pending. No further filings shall be made in said case. All filings, including responses to Dkts. # 57 and #59 shall be hereafter made in the above-styled case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of November, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Anthony Porcelli
Counsel/Parties of Record

S:\Odd\2012\12-cv-1445 consolidate.docx

2